IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
        PLAINTIFF,

vs.                                                           Civil No. 06-5011

CRISTINA I. GARCIA,
        DEFENDANT.

## DEFAULT JUDGMENT

The Complaint in the above-entitled action was filed in this Court on January 17, 2006, and after due service of process on the defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the defendant. Default was duly entered as to the defendant on March 23, 2006.

By reason of this default, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, does have and recover of and from the defendant the sum of $4,159.40 (principal of $2,847.34, and interest of $1,312.06 through November 1, 2005); interest from November 2, 2005, at the rate of 6.10 percent per annum until date of judgment; and plus interest from the date of judgment at the legal rate of 4.77 percent computed daily and compounded annually until paid in full; and $250.00 filing fees pursuant to 28 U.S.C. § 1914(a); and $20.00 docket fees pursuant to 28 U.S.C. § 1923.

DATE: March 30, 2006                 /s/Jimm Larry Hendren
                                          HONORABLE JIMM LARRY HENDREN
                                          CHIEF U. S. DISTRICT COURT JUDGE